

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/5/2015 12:28:25 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:___  _04-15-00035-CV_

Trial Court Style: <u>Ark Dimension 4, Inc, And Robert Pospisol VS Michelle Griffith, Personal Representative Of The Estate Of Dell O. Amy, Deceased</u>

Trial Court No.: <u>12575A</u>

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: <u>October 15, 2015</u>
The record was originally due: <u>February 12, 2015 – Previous Extension Granted – record was due 2-27-15</u>
I anticipate the length of the record to be: <u>Approximately 950 pages</u>

I am unable to file the record by the date such record is due because [check one]:

☐     the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐     my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☑     Other. Explain [attach additional pages if needed]: <u>I had the record completed but it is too big to submit without splitting it into another volume. I am in the process of completing this but just need a little more time.</u>

_____

I anticipate the record will be completed by: <u>March 13, 2015</u>

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: <u>March 5, 2015</u>    Signature: _Jan Davis_
                                Printed
                                Name: <u>Jan Davis</u>

                                Title: <u>Gillespie County District Clerk</u>

Rev. 1.8.14